# Notice Recipients

District/Off: 1084−1  User: admin  Date Created: 10/10/2024
Case: 24−11068−t7  Form ID: 309A  Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Donald G. Gilpin | 10709 Claremont Ave. NE | Albuquerque, NM 87112 |
| jdb | Claudia A. Gilpin | 10709 Claremont Ave. NE | Albuquerque, NM 87112 |
| ust | United States Trustee | PO Box 608 | Albuquerque, NM 87103−0608 |
| tr | Yvette J. Gonzales | Trustee  PO Box 1037 | Placitas, NM 87043−1037 |
| aty | Arun A Melwani | Melwani Law P.C.  10749 Prospect N.E., Ste. F | Albuquerque, NM 87112 |
| 4073755 | AT&T | Attn: Bankruptcy  208 S. Akard St. | Dallas, TX 75202 |
| 4073756 | BARCLAYS BANK DELAWARE | PO BOX 8803 | WILMINGTON, DE 19899 |
| 4073758 | BOK FINANCIAL MORTGAGE | 7060 S YALE AVE STE 200 | TULSA, OK 74136 |
| 4073757 | Bean & Associates | 201 3rd. Street NW | Albuquerque, NM 87102 |
| 4073759 | CAPITAL ONE BANK USA | PO BOX 31293 | SALT LAKE CITY, UT 84131 |
| 4073760 | Crystal Springs Water | 4446 Anaheim NE | Albuquerque, NM 87113 |
| 4073764 | DSRM NATIONAL BANK / | 7201 CANYON DR | AMARILLO, TX 79110 |
| 4073761 | Direct TV | Attn: Bankruptcy Department  PO Box 6500 | Greenwood Village, CO 80155 |
| 4073762 | Domain Listings | PO Box 19607 | Las Vegas, NV 89132 |
| 4073763 | Dr. Randy Blair | Southwest Center for Healing Arts  7400 Montgomery Blvd. NE | Albuquerque, NM 87109 |
| 4073765 | Eaton Law Firm | 7801 Academy Road NE Suite 1202 | Albuquerque, NM 87109 |
| 4073766 | Fedex | 3965 Airways Blvd. Moudle G 4th Floor | Memphis, TN 38116 |
| 4073767 | Firstsource Advantage | 205 Bryant Woods South | Buffalo, NY 14228−3609 |
| 4073768 | Garcia Process Serving | PO Box 35784 | Albuquerque, NM 87176 |
| 4073769 | Internal Revenue Service | Central Insolvency Operation  PO Box 7346 | Philadelphia, PA 19101−7346 |
| 4073770 | JPMCB CARD SERVICES | PO BOX 15369 | WILMINGTON, DE 19850 |
| 4073771 | Law Office Mark Jarmie | 513 Marble Ave. NW | Albuquerque, NM 87102 |
| 4073772 | Martinez Court Reporting | PO Box 67457 | Albuquerque, NM 87193 |
| 4073778 | NUSENDA FCU | 4100 PAN AMERICAN FWY NE | ALBUQUERQUE, NM 87107 |
| 4073773 | Nan G. Nash | 300 Menual NW Ste. A | Albuquerque, NM 87107 |
| 4073774 | National Pen LLC | 342 Shelbyville Mills Road | Shelbyville, TN 37160 |
| 4073775 | Neurology Associates | 2440 Louisianna Blvd. NE Suite 200 | Albuquerque, NM 87110 |
| 4073776 | New Mexico Gas Company | 1625 Rio Bravo SW Suite 27 | Albuquerque, NM 87105 |
| 4073796 | New Mexico Taxation & Revenue Department | Bankruptcy Section  PO Box 8575 | Albuquerque NM 87198−8575 |
| 4073777 | New Mexico Taxation and Revenue | PO Box 8485 | Albuquerque, NM 87198 |
| 4073779 | Optum | PO Box 912680 | Denver, CO 80291 |
| 4073782 | PNM | 414 Silver Ave. SW | Albuquerque, NM 87102 |
| 4073780 | Penelope Romanov | c/o Heather Burke  1000 Cordova Place Suite 24 | Santa Fe, NM 87505 |
| 4073781 | Pitney Bowes, Inc. | PO Box 981022 Suite 510 | Boston, MA 02298 |
| 4073783 | Quest Diagnostics | PO Box 740779 | Cincinnati, OH 45274 |
| 4073784 | Romero Court Reporting | PO Box 50 | Picacho, NM 88343 |
| 4073785 | Rosa White | c/o Berenson & Associates, PC  415 6th Stree NW | Albuquerque, NM 87102 |
| 4073786 | Sandia Office Supply | 5801 Office Blvd. | Albuquerque, NM 87109 |
| 4073787 | Sommer Udall Law Firm | PO Box 1984 | Santa Fe, NM 87504−1984 |
| 4073788 | SunVista Academy Office Park | 8100 Wyoming NE Suite M−4 #187 | Albuquerque, NM 87113 |
| 4073789 | TOYOTA FINANCIAL SER | PO BOX 9786 | CEDAR RAPIDS, IA 52409 |
| 4073790 | Tramblely's Court Reporting | PO Box 25027 | Albuquerque, NM 87125 |
| 4073792 | USAA FEDERAL SAVINGS B | PO BOX 47504 | SAN ANTONIO, TX 78265 |
| 4073791 | Upstart | Upstart Operation/ Attn: Bankruptcy  PO Box 1503 | San Carlos, CA 94070 |
| 4073793 | Veritext Legal Solutions | PO Box 71303 | Chicago, IL 60694 |
| 4073794 | William Lynch | PO Box 67525 | Albuquerque, NM 87193 |

TOTAL: 46